55 A.3d 1055

**Olaf SUTTON, Petitioner**

v.

**The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 151 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 9, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of November, 2012, the Application for Leave to File Original Process, the Petition for Writ of Mandamus and/or Extraordinary Relief, the Application for an Immediate Hearing, the Application for Stay, and the Application for Appointment of Counsel are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.